UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| JOSHUA JOSEPH JORDAN | ) | BANKRUPTCY NO. 08-40901 |
| TIFFINEY ANN JORDAN | ) | CHAPTER 7 |
| Debtor(s). | ) | |

## NOTICE OF DEPOSIT OF SMALL DIVIDEND

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #6 | Farmers Bank<br>9 E. Clinton Street<br>Frankfort, IN 46401 | $0.10 |
| Claim #9 | Apria Healthcare<br>American InfoSource<br>P O Box 248838<br>Oklahoma City, OK 73124-8838 | $ 0.29 |
| Claim #10 | Verizon North<br>404 Brock Drive<br>Bloomington, IL 61701 | $ 0.66 |

Respectfully submitted,

 /s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
200 Ferry Street, Suite B
P. O. Box 377
Lafayette, Indiana 47902-0377
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

## **CERTIFICATE OF SERVICE**

       I certify that on October 19, 2010, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana, 46601
2. Jacqueline Chosnek, P O Box 708, Lafayette, IN 47902
3. Farmers Bank, 9 E. Clinton Street, Frankfort, IN 46401
4. Apria Healthcare, American InfoSource, P O Box 248838, Oklahoma City, OK 73124-8838
5. Verizon North, 404 Brock Drive, Bloomington, IL 61701

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

                                                /s/ Kimberly A. Wright  
                                                Kimberly A. Wright