**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JOSHUA JOSEPH JORDAN** | ) | **BANKRUPTCY NO. 08-40901** |
| **TIFFINEY ANN JORDAN** | ) | **CHAPTER 7** |
| **Debtor(s).** | ) | |

### NOTICE OF UNCLAIMED FUNDS

Comes now the Trustee and shows the Court as follows:

1.    That Trustee filed her Final Report and Proposed Distribution with the Clerk of this Court on September 25, 2010.

2.    That pursuant to said Distribution Summary, Trustee issued checks dated October 12, 2010, to the creditors as set forth in the Proposed Distribution.

3.    That said checks contained a ninety (90) day restriction and ninety (90) days have expired, and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimants is as follows:

Citizens Auto Finance                                    $82.66
480 Jefferson Blvd.
RJE 135
Warwick, RI 02886

4.    That your Trustee's check in the total amount of $82.66 payable to the Clerk of this Court has been forwarded to the Court.

Dated this 21st day of April, 2011.

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
200 Ferry Street, Suite B
P.O. Box 377
Lafayette, IN 47902-0377
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1.    Office of the U.S. Trustee, 100 East Wayne St., Suite 555, South Bend, IN 46601
2.    Jacqueline Chosnek, P O Box 708, Lafayette, IN 47902
3.    Citizens Auto Finance, 480 Jefferson Blvd., RJE 135, Warwick, RI 02886

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright